United States District Court
Southern District of Texas
FILED

MAY 0 7 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action B-04-022 |
| | § | |
| Julian Sandoval | § | |

## MOTION FOR ALTERNATIVE SERVICE

The United States moves for alternative service.

1. Rule 106(b), TEX. R. CIV. PROC., permits alternative service.

2. The attached affidavit of Dave Eckstein sets out the facts required by Rule 106(b).

3. Attaching the summons and complaint, along with the court's order, to defendant's door will be reasonably effective to give the defendant notice of the suit.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: _____
Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

## AFFIDAVIT OF DUE DILIGENCE

**UNITED STATES OF AMERICA**

VS.

**JULIAN SANDOVAL**

IN THE
UNITED STATES
DISTRICT COURT,
BROWNSVILLE DIVISION

CAUSE NO: B-04-022

I, DAVE ECKSTEIN, on the following date March 1st, 2004 at 3:15pm was over the age of 18 years and not and interested party, and

Received a FEDERAL SUMMONS & COMPLAINT,

And that I have personal knowledge of the below attempts to serve Defendant:

JULIAN SANDOVAL
1810 PALM COURT
HARLINGEN, TEXAS

| DATES | TIMES | ADDRESSES | RESULT OF ATTEMPT |
|---|---|---|---|
| 03/07/2004 | 3:18pm | 1810 Palm Ct. Harlingen, Texas | No answer at door. No vehicles. (Mobile home) Mailbox says "Julian Emma Sandoval." |
| 03/17/2004 | 7:12pm | 1810 Palm Ct. Harlingen, Texas | No answer at door. No vehicle present. |
| 03/23/2004 | 1:12pm | 1810 Palm Ct. Harlingen, Texas | Once again, no answer at door. |
| 03/23/2004 | 4:05pm | Seahorse Transportation Brownsville, Texas | Front office claims not to have any "Julian Sandoval" here. But further states I would need A subpoena to request any Information from Human Resources. |
| 04/09/2004 | 6:24pm | 1810 Palm Ct. Harlingen, Texas | No answer at door. No vehicles. |

I, DAVE ECKSTEIN, affirm the above is true and correct within my personal knowledge, and that this declaration is executed on:

DATE 5/3/04 at (Place): D & D ProServ, 4121 North 10th St. #332, McAllen, TX 78504

PROCESS SERVER

SUBSCRIBED AND SWORN to me on the 3rd day of May, 2004.

DEANNA ECKSTEIN
MY COMMISSION EXPIRES
January 15, 2005

Notary Public

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com