United States District Court
Southern District of Texas
ENTERED

MAY 1 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| *versus* | § Civil Action B-04-022 |
| | § |
| Julian Sandoval | § |

## ORDER FOR SUBSTITUTED SERVICE

Service on Julian Sandoval may be effected by (a) a private process server's leaving copies of the summons and the complaint by affixing to the front entrance at the defendant's usual place of abode at 1810 Palm Ct., Harlingen, Texas, and by (b) sending it regular mail to Julian Sandoval at 1810 Palm Ct., Harlingen, Texas 78552.

Signed __11 MAY__, 2004, at Brownsville, Texas.

_____
United States ~~District~~ Judge
MAGISTRATE