United States District Court
Southern District of Texas
FILED

JUN 1 4 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action B-04-022 |
| Julian Sandoval | § | |

## MOTION FOR CONTINUANCE AND MEMORANDUM

The United States of America moves to continue the pretrial conference scheduled for June 22, 2004.

1. The Defendant was served with process on May 25, 2004. Defendant has not yet filed an Answer with the Court. If necessary, the United States will file a Default Judgment with this Court.

2. Defendant has not made an appearance before this Court by filing any pleading or made any representation to the United States that he intends to defend the suit. For this reason, a pretrial conference is premature. *See* Fed. R. Civ. Proc. 16(b).

The United States requests that the pretrial conference be reset until at date after the defendant has made an appearance with this Court.

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on all parties on this  11th  day of  June , 2004 in accordance with the Federal Rules of Civil Procedure.

_____