United States District Court
Southern District of Texas
ENTERED

JUN 1 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA, §
§
§
versus § Civil Action B-04-022
§
Julian Sandoval §

## ORDER OF CONTINUANCE

Upon the Motion of the United States, the pretrial conference set for June 22, 2004 at 1:30 p.m. is continued until a time to be established by the Court after the defendant files an answer or other responsive pleading.

Signed this 15 day of June, 2004.

_____
United States District Judge
MAGISTRATE