IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

ORDER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, § § § | |
| VS. § | CIVIL ACTION NO. B-04-022 |
| § § | |
| JULIAN SANDOVAL,<br>    Defendant. § § | |

TYPE OF CASE:         ___x___ CIVIL         _____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE BEFORE MAGISTRATE JUDGE JOHN WM. BLACK.**

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE**<br>**600 E. HARRISON STREET**<br>**BROWNSVILLE, TX** | **SECOND FLOOR COURTROOM, #2**<br><br>DATE AND TIME:<br><br>**JUNE 13, 2006 AT 1:30 P.M.** |

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    MAY 4, 2006