United States District Court
Southern District of Texas
FILED

MAY 18 2006

Michael N. Milby, Clerk of Court

# BENNETT, WESTON & LaJONE, P.C.
**Attorneys and Counselors At Law**
1750 Valley View Lane, Suite 120
Dallas, Texas 75234

(214) 691-1776
FAX: (214) 373-6810

May 12, 2006

U.S. District Clerk
**Attn: Paula, Judge Black's coordinator**
600 E. Harrison St., Rm. 101
Brownsville, TX 78520-7114

RE:   USA v Julian Sandoval; Case No. B-04-022

Dear Paula:

Enclosed please find the Case Summary sheet from the bankruptcy court in the above named case. You will find that this case is still open. We are receiving payments from the Trustee at this time. Please take the status conference off the docket as can not proceed due to this continued bankruptcy.

Thank you for your time. Please call with any questions.

Yours very truly

*Diana S. Bradley*

Diana S. Bradley
Assistant to J Michael Weston

Encl.

cc:

**04-10755** Julian Sandoval
**Case type:** bk **Chapter:** 13 **Asset:** No **Vol:** v **Judge:** Richard S. Schmidt
**Date filed:** 06/21/2004 **Date of last filing:** 04/09/2005

# Case Summary

| | | | |
|---|---|---|---|
| **Office:** | Brownsville | **Filed:** | 06/21/2004 |
| **County:** | Cameron | **Terminated:** | |
| **Fee:** | Paid | **Discharged:** | |
| **Origin:** | 0 | **Reopened:** | |
| **Previous Term:** | | **Converted:** | |
| **Disposition:** | | **Dismissed:** | |
| **Joint:** | n | **Confirmation Hearing:** | |

**Pending Status:** Awaiting Confirmation Hearing
**Trustee:** Cindy Boudloche   **City:** Corpus Christi   **Phone:** 361-883-5786   **Fax:** 361-883-4381   **Email:** arcecfmail@ch13boudloche.com

**Party 1:** Julian Sandoval Jr.  (xxx-xx-4517) (Debtor)

**Atty:** Eduardo V Rodriguez           **Represents party 1:** Debtor           **Phone:** 956-547-9638
                                                                                 **Email:** erodriguez@evrpc.com

**Location of Case File(s):**
**Volume:** CS1
The case file may be available.

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/12/2006 09:44:39 | | | |
| **PACER Login:** | bw0166 | **Client Code:** | |
| **Description:** | Case Summary | **Search Criteria:** | 04-10755 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |