IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

ORDER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-022 |
| | § | |
| JULIAN SANDOVAL, | § | |
|     Defendant. | § | |

TYPE OF CASE:   __x__ CIVIL      _____ CRIMINAL

**TAKE NOTICE that the proceeding previously set in this case has been cancelled as set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE SET FOR JUNE 13, 2006 AT 1:30 P.M. BEFORE MAGISTRATE JUDGE JOHN WM. BLACK HAS BEEN <u>CANCELLED.</u>**

 

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MAY 18, 2006