IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL NO. B-04-022 |
| | § | |
| JULIAN SANDOVAL, | § | |
| Defendant. | § | |

# ORDER

The above-referenced case is to administratively be closed, as the defendant is currently in bankruptcy and the Plaintiff is currently receiving payments from that estate. That being the case, there is no controversy for this Court to resolve.

This case is administratively closed until further order of this Court.

Signed this 15th day of September, 2006.

_____
Andrew S. Hanen
United States District Judge